# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Calvin James,<br><br>　　　　Petitioner,<br><br>v.<br><br>Bureau of Prisons, et al.,<br><br>　　　　Respondents. | No. CV-19-04842-PHX-SRB<br><br>**ORDER** |

　　　　Petitioner Calvin James filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on July 26, 2019 raising one ground for relief: that the Bureau of Prisons "erroneously denied him eligibility for early release, as he was 'grandfathered in' to the one-year sentence credit under the Ninth Circuit's decisions in *Arrington and Crickon*."(Doc. 14 at 3.) Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus on October 23, 2019. No reply was filed. On February 12, 2020, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied and dismissed with prejudice because the Court lacks subject matter jurisdiction and, alternatively, that Petitioner is not entitled to the relief he seeks.

　　　　In his Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

　　　　The Court finds itself in agreement with the Report and Recommendation of the

Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 14)

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and dismissing it with prejudice. (Doc. 1)

**IT IS FURTHER ORDERED** that the Court need not address whether a Certificate of Appealability should issue. *See Forde v. U.S. Parole Comm'n, 114 F.3d 878, 879* (9th Cir. 1997).

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 13th day of March, 2020.

Susan R. Bolton
United States District Judge